■ In the Matter of STATE OF NEW YORK (GOVERNOR'S OFFICE OF EMPLOYEE RELATIONS), Petitioner, v NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD et al., Respondents, and UNITED UNIVERSITY PROFESSIONS, INC., Intervenor. — Motion by Public Employment Relations Board granted, without costs, and decretal paragraph of decision dated December 9, 1982 (91 AD2d 718), amended to read as follows: "Determination confirmed, petition dismissed, and

application for enforcement granted, without costs." Mahoney, P. J., Sweeney, Yesawich, Jr., Weiss and Levine, JJ., concur.